# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Gordmans Stores, Inc., *et al.*,[1] | ) |
| | ) Case No. 17-80304 (TLS) |
| Post-Effective Date Debtors | ) |
| | ) (Jointly Administered) |
| | ) |
| META Advisors LLC on behalf of G-Estate Management Company, Inc. (f/k/a Gordmans Management Company, Inc.), | ) |
| | ) Adv. Pro. No. 18-08207 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Strategic Offsites Group Inc., | ) |
| | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

Upon consideration of *Plaintiff's Motion for Entry of Default Judgment* (the "Motion") against defendant Strategic Offsites Group Inc. (the "Defendant")[2] and the Lutz Affidavit; and the Court having jurisdiction to consider the Motion and to grant the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the matter being a core proceeding under 28 U.S.C. § 157(b)(2); and venue being proper under 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be provided; and

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, include: G-Estate Liquidation Stores, Inc., formerly known as Gordmans Stores, Inc. (1987); G-Estate Liquidation, Inc., formerly known as Gordmans, Inc. (1211); G-Estate Management Company, Inc., formerly known as Gordmans Management Company, Inc. (5281); G-Estate Distribution Company, Inc., formerly known as Gordmans Distribution Company, Inc. (5421); G-Estate Intermediate Holdings Corp., formerly known as Gordmans Intermediate Holdings Corp. (9938); and G-Estate Liquidation, LLC, formerly known as Gordmans LLC (1987) (collectively, before the Plan Effective Date (as defined in the Motion), the "Debtors").

[2] Capitalized terms used but not otherwise defined shall have the meanings ascribed to such terms in the Motion.

after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

        1.       The Motion is GRANTED as set forth herein.

        2.       Judgment is hereby entered in favor of Plaintiff and against Defendant: (i) in the amount of $32,828.00, which amount includes filing fees of $350.00; and (ii) pursuant to sections 502(d) and (j) of the Bankruptcy Code, disallowing in full and expunging all claims held by or filed on behalf of the Defendant against any of the Debtors in the above-captioned cases.

        3.       The Court retains jurisdiction with respect to all matters arising from or related to the interpretation and enforcement of this Order.

Dated: __March 7_____, 2019

                                                     Honorable Thomas L. Saladino
                                                     United States Bankruptcy Judge

0137551.0658531  4822-7664-2951v2